1525 HIGHLAND ASSOCIATES, LLC *v.*
GEORGE FOHL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 62 Conn. App. 612 (AC 19990), is denied.

*John J. Resnik,* in support of the petition.

*Jeffrey J. Holley,* in opposition.

Decided May 30, 2001